**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Elma Garza Gonzalez v. Norma Garza Martinez, Ricardo Garza Gonzalez, Albino Garza Gonzalez, Hugo Garza Gonzalez, Danny Garza Gonzalez, Yesenia Quijana, Julio Cesar Garz Gonzalez and Raul Garza

Appellate case number:   01-15-00693-CV

Trial court case number: 2014-32788

Trial court:             333rd District Court of Harris County

Appellees' motion to dismiss will be carried with the case.

Appellees' response brief is overdue. Appellees are therefore ordered to file their brief within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ <u>Michael Massengale</u>
 ☒ Acting individually     ☐ Acting for the Court

Date: June 21, 2016